| | |
|---|---|
| ADRIENNE C. PUBLICOVER (SBN: 161432)<br>Email: adrienne.publicover@wilsonelser.com<br>LAURA E. FANNON (SBN: 111500)<br>Email: laura.fannon@wilsonelser.com<br>**WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER LLP**<br>525 Market Street – 17th Floor<br>San Francisco, California 94105-2725<br>Telephone:  (415) 433-0990<br>Facsimile:  (415) 434-1370<br><br>Attorneys for Defendants LORAL SPACE LONG TERM DISABILITY PLAN, LIFE INSURANCE COMPANY OF NORTH AMERICA, and for CIGNA LIFE INSURANCE COMPANY OF NEW YORK | MICHELLE L. ROBERTS (SBN: 239092)<br>Email:  mlr@ssrlawgroup.com<br>CASSIE SPRINGER-SULLIVAN (SBN: 221506)<br>**SPRINGER-SULLIVAN & ROBERTS LLP**<br>410 – 12th Street, Suite 325<br>Oakland, CA  94607<br>Telephone:   (510) 992-6130<br>Facsimile:   (510) 280-7564<br><br>Attorneys for Plaintiff,<br>MOHAMMAD ASHRAF |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| Mohammad Ashraf,<br><br>            Plaintiff,<br><br>    vs.<br><br>Loral Space Long Term Disability Plan;<br>Life Insurance Company of North America,<br><br>            Defendants,<br>*and*<br><br>Loral Space Insurance and Health Benefits Plan,<br><br>            Nominal Defendant | Case No.  C11-03584 SI<br><br>**JOINT STIPULATION AND [P~~ROPOSED~~] ORDER SUBSTITUTING PARTY**<br><br>\\<br><br>Hon. Susan Illston |

Plaintiff Mohammad Ashraf, Defendant Life Insurance Company of North America ("LINA"), and CIGNA Life Insurance Company of New York ("CLICNY") (collectively referred to as the "Parties") through their respective counsel stipulate as follows:

WHEREAS, on July 21, 2011, Plaintiff filed his Complaint in the above-entitled action naming the LINA as a Defendant and alleging that the Loral Space Long Term Disability Plan ("the Plan") was funded by a group insurance policy with LINA. Dkt. No. 1;

WHEREAS, on October 3, 2011, LINA and the Plan answered Plaintiff's Complaint and admitted Plaintiff's allegations with respect to LINA.  Dkt. No. 10;

WHEREAS, upon further investigation by the Parties, they discovered that the Plan was funded by a group insurance policy with CLICNY rather than LINA, and that Plaintiff named the insurance company defendant in error;

WHEREAS, CLICNY and LINA are insurance company subsidiaries of CIGNA Corporation;

WHEREAS, both Parties stipulate and agree that CLICNY should be substituted as a party in this action in place of LINA;

WHEREAS, CLICNY hereby acknowledges actual notice of this suit and subjects itself to the jurisdiction of this court in this action.

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:**

1. Defendant Life Insurance Company of North America shall be dismissed from this action without prejudice.
2. CIGNA Life Insurance Company of New York is substituted as a Defendant in place of LINA and subjects itself to the jurisdiction of this court in this action.

Dated:  November 10, 2011                                SPRINGER-SULLIVAN & ROBERTS LLP

By:  ____/s/____Michelle L. Roberts_____

Attorneys for Plaintiff Ashraf

Dated:  November 10, 2011                                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:  ____/s/____Laura E. Fannon_____

Attorneys for Defendants Life Insurance Company of North America, Loral Space Long Term Disability Plan, and for CIGNA Life Insurance Company of New York

Joint Stip. & P.O.
Re:  Substitute Party
Case No. C11-03584 SI

769893.1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. Defendant Life Insurance Company of North America is hereby dismissed from this action without prejudice; and

2. CIGNA Life Insurance Company of New York is substituted as a party in this action in place of Life Insurance Company of North America.

Dated: 11/15/11

_____
Hon. Susan Illston
U.S. District Court Judge

SIGNATURE ATTESTATION

I, Michelle, L. Roberts, hereby attest that I have obtained the concurrence in the filing of the document from the other signatures on this document.

Dated:  November 10, 2011              /s/ *Michelle L. Roberts*

Joint Stip. & P.O.
Re:  Substitute Party
Case No. C11-03584 SI

769893.1