ADRIENNE C. PUBLICOVER (SBN: 161432)
Email:adrienne.publicover@wilsonelser.com
LAURA E. FANNON (SBN: 111500)
Email: laura.fannon@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
525 Market Street – 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendants LORAL SPACE LONG TERM DISABILITY PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA

MICHELLE L. ROBERTS (SBN: 239092)
Email: mlr@ssrlawgroup.com
CASSIE SPRINGER-SULLIVAN (SBN: 221506)
**SPRINGER-SULLIVAN & ROBERTS LLP**
410 – 12th Street, Suite 325
Oakland, CA 94607
Telephone: (510) 992-6130
Facsimile: (510) 280-7564

Attorneys for Plaintiff, MOHAMMAD ASHRAF

JOSEPH C. LIBURT (STATE BAR NO. 155507)
SITTHIKIT CHARIYASATIT (STATE BAR NO. 252028)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, California 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401
schariyasatit@orrick.com
jliburt@orrick.com

Attorneys for Defendant LORAL SPACE INSURANCE AND HEALTH BENEFITS PLAN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

Mohammad Ashraf,

Plaintiff,

vs.

Loral Space Long Term Disability Plan; Life Insurance Company of North America,

Defendants,

*and*

Loral Space Insurance and Health Benefits Plan,

Nominal Defendant

Case No. C11-03584 SI

**NOTICE OF SETTLEMENT; JOINT REQUEST AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

**TO THE CLERK OF THE COURT, THE HONORABLE SUSAN ILLSTON, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

WHEREAS, Plaintiff Mohammad Ashraf, and Defendants Loral Space Long Term Disability Plan, Cigna Life Insurance Company of New York ("CLICNY"), Loral Space Insurance and Health Benefits Plan (collectively, "the Parties"), have agreed to a settlement in principle of all claims and causes of action alleged in the above-referenced action;

WHEREAS, the Parties are in the process of preparing the settlement documents and anticipate requiring three weeks to finalize and effectuate the terms of the settlement;

WHEREAS, the Parties are scheduled to appear for a case management conference before this Court on December 9, 2011 at 2:30 p.m.;

and WHEREAS, the Parties desire to continue the currently scheduled case management conference to January 13, 2012 at 2:30 p.m. to enable the Parties sufficient time to finalize the settlement and dismiss the case with prejudice;

NOW, THEREFORE, the Parties request an order from the Court rescheduling the initial case management conference from December 9, 2011 at 2:30 p.m. to January 13, 2012 at 2:30 p.m., or as soon thereafter as may be heard by the Court.

**IT IS SO AGREED AND REQUESTED.**

Dated: November 28, 2011

SPRINGER-SULLIVAN & ROBERTS LLP

By: /s/
Michelle L. Roberts
Attorneys for Plaintiff

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: November 28, 2011

By: /s/
Laura Fannon
Attorneys for Defendants CLICNY & Loral Space Long Term Disability Plan

Dated: November 28, 2011

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/
Joseph Liburt
Attorneys for Defendant Loral Space Insurance and Health Benefits Plan

**IT IS SO ORDERED.**

The initial case management conference scheduled for December 9, 2011 at 2:30 p.m. will be continued to January 13, 2011 at 2:30 p.m., or as soon thereafter as may be heard by the Court.

Dated: 11/28/11

Honorable Susan Illston
United States District Court Judge

**SIGNATURE ATTESTATION**

I, Michelle L. Roberts, hereby attest that that I have obtained the concurrence in the filing of the document from the other signatories on this document.

Dated: November 28, 2011

SPRINGER-SULLIVAN & ROBERTS LLP

By: /s/ *Michelle L. Roberts*
Michelle L. Roberts, CA Bar No. 239092