1   ADRIENNE C. PUBLICOVER (SBN: 161432)          MICHELLE L. ROBERTS (SBN:  239092)
    Email:adrienne.publicover@wilsonelser.com       Email:  mlr@ssrlawgroup.com
2   LAURA E. FANNON (SBN: 111500)                   CASSIE SPRINGER-SULLIVAN (SBN:
    Email: laura.fannon@wilsonelser.com             221506)
3   **WILSON, ELSER, MOSKOWITZ,**                   **SPRINGER-SULLIVAN & ROBERTS**
    **EDELMAN & DICKER LLP**                        **LLP**
4   525 Market Street – 17th Floor                  410 – 12th Street, Suite 325
    San Francisco, California 94105-2725            Oakland, CA  94607
5   Telephone:     (415) 433-0990                   Telephone:     (510) 992-6130
    Facsimile:     (415) 434-1370                   Facsimile:     (510) 280-7564
6
    Attorneys for Defendants LORAL SPACE            Attorneys for Plaintiff,
7   LONG TERM DISABILITY PLAN and                   MOHAMMAD ASHRAF
    LIFE INSURANCE COMPANY OF
8   NORTH AMERICA

9   JOSEPH C. LIBURT (STATE BAR NO. 155507)
    SITTHIKIT CHARIYASATIT (STATE BAR
10  NO. 252028)
    **ORRICK, HERRINGTON & SUTCLIFFE**
11  **LLP**
    1000 Marsh Road
12  Menlo Park, California  94025
    Telephone:     650-614-7400
13  Facsimile:     650-614-7401
    schariyasatit@orrick.com
14  jliburt@orrick.com

15  Attorneys for Defendant
    LORAL SPACE INSURANCE AND HEALTH
16  BENEFITS PLAN

17              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
18              **SAN FRANCISCO DIVISION**

19  Mohammad Ashraf,                                Case No.  C11-03584 SI

20                          Plaintiff,              **NOTICE OF SETTLEMENT;**
            vs.                                     **JOINT REQUEST AND [~~PROPOSED~~]**
21                                                  **ORDER CONTINUING CASE**
                                                    **MANAGEMENT CONFERENCE**
    Loral Space Long Term Disability Plan;
22  Life Insurance Company of North America,

23                          Defendants,

24  *and*

25  Loral Space Insurance and Health Benefits
26  Plan,
                            Nominal Defendant
27

28

1    **TO THE CLERK OF THE COURT, THE HONORABLE SUSAN ILLSTON, ALL**

2    **PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

3           WHEREAS, Plaintiff Mohammad Ashraf, and Defendants Loral Space Long Term

4    Disability Plan, Cigna Life Insurance Company of New York ("CLICNY"), Loral Space

5    Insurance and Health Benefits Plan (collectively, "the Parties"), have agreed to a settlement in

6    principle of all claims and causes of action alleged in the above-referenced action;

7           WHEREAS, the Parties are in the process of preparing the settlement documents and

8    anticipate requiring three weeks to finalize and effectuate the terms of the settlement;

9           WHEREAS, the Parties are scheduled to appear for a case management conference before

10   this Court on December 9, 2011 at 2:30 p.m.;

11          and WHEREAS, the Parties desire to continue the currently scheduled case management

12   conference to January 13, 2012 at 2:30 p.m. to enable the Parties sufficient time to finalize the

13   settlement and dismiss the case with prejudice;

14          NOW, THEREFORE, the Parties request an order from the Court rescheduling the initial

15   case management conference from December 9, 2011 at 2:30 p.m. to January 13, 2012 at 2:30

16   p.m., or as soon thereafter as may be heard by the Court.

17          **IT IS SO AGREED AND REQUESTED.**

18

19   Dated:  November 28, 2011                    SPRINGER-SULLIVAN & ROBERTS LLP

20

21                                               By:     /s/
                                                 Michelle L. Roberts
22                                               Attorneys for Plaintiff

23                                               WILSON, ELSER, MOSKOWITZ,
                                                 EDELMAN & DICKER LLP
24
     Dated: November 28, 2011                    By:     /s/
25                                                  Laura Fannon
                                                 Attorneys for Defendants CLICNY & Loral
26                                               Space Long Term Disability Plan

27

28

Dated: November 28, 2011

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:     /s/_____
    Joseph Liburt
    Attorneys for Defendant Loral Space Insurance and Health Benefits Plan

**IT IS SO ORDERED.**

The initial case management conference scheduled for December 9, 2011 at 2:30 p.m. will be

continued to January 13, 2011 at 2:30 p.m., or as soon thereafter as may be heard by the Court.

Dated: _____
11/28/11

_____
Honorable Susan Illston
United States District Court Judge

**SIGNATURE ATTESTATION**

I, Michelle L. Roberts, hereby attest that that I have obtained the concurrence in the filing of the

document from the other signatories on this document.

Dated:  November 28, 2011

SPRINGER-SULLIVAN & ROBERTS LLP

By: /s/ *Michelle L. Roberts*
_____
Michelle L. Roberts, CA Bar No. 239092