1   ADRIENNE C. PUBLICOVER (SBN: 161432)     MICHELLE L. ROBERTS (SBN:  239092)
    Email:adrienne.publicover@wilsonelser.com     Email:  mlr@ssrlawgroup.com
2   LAURA E. FANNON (SBN: 111500)             CASSIE SPRINGER-SULLIVAN (SBN:
    Email: laura.fannon@wilsonelser.com       221506)
3   **WILSON, ELSER, MOSKOWITZ,**             **SPRINGER-SULLIVAN & ROBERTS**
       **EDELMAN & DICKER LLP**               **LLP**
4   525 Market Street – 17th Floor            410 – 12th Street, Suite 325
    San Francisco, California 94105-2725      Oakland, CA  94607
5   Telephone:     (415) 433-0990             Telephone:     (510) 992-6130
    Facsimile:     (415) 434-1370             Facsimile:     (510) 280-7564
6
7   Attorneys for Defendants LORAL SPACE      Attorneys for Plaintiff,
    LONG TERM DISABILITY PLAN and             MOHAMMAD ASHRAF
    LIFE INSURANCE COMPANY OF
8   NORTH AMERICA
9   JOSEPH C. LIBURT (STATE BAR NO. 155507)
    SITTHIKIT CHARIYASATIT (STATE BAR
10  NO. 252028)
    **ORRICK, HERRINGTON & SUTCLIFFE**
11  **LLP**
    1000 Marsh Road
12  Menlo Park, California  94025
    Telephone:     650-614-7400
13  Facsimile:     650-614-7401
    schariyasatit@orrick.com
14  jliburt@orrick.com
15  Attorneys for Defendant
    LORAL SPACE INSURANCE AND HEALTH
16  BENEFITS PLAN

17              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
18                **SAN FRANCISCO DIVISION**
19  Mohammad Ashraf,                          Case No.  C11-03584 SI

20                  Plaintiff,                **STIPULATED DISMISSAL AND**
        vs.                                   **[PROPOSED] ORDER**
21
                                              **FED. R. CIV. P. 41(a)(1)**
22  Loral Space Long Term Disability Plan;
    Life Insurance Company of North America,
23
                    Defendants,
24
    *and*
25
    Loral Space Insurance and Health Benefits
26  Plan,
                    Nominal Defendant
27

28

1    **TO THE CLERK OF THE COURT, THE HONORABLE SUSAN ILLSTON, ALL**

2  **PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

3        Plaintiff Mohammad Ashraf, and Defendants Loral Space Long Term Disability Plan,

4  Cigna Life Insurance Company of New York ("CLICNY"), Loral Space Insurance and Health

5  Benefits Plan (collectively, "the Parties"), have reached a resolution of this matter.  The Parties

6  agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each

7  party shall bear its own attorneys' fees and costs.

8

9        **IT IS SO AGREED AND STIPULATED.**

10

11  Dated:  December 16, 2011                    SPRINGER-SULLIVAN & ROBERTS LLP

12

13                                              By:    ___/s/_____
                                                     Michelle L. Roberts
14                                                   Attorneys for Plaintiff

15                                              WILSON, ELSER, MOSKOWITZ,
                                                EDELMAN & DICKER LLP
16
    Dated:  December 16, 2011                    By:    ___/s/_____
17                                                   Laura Fannon
                                                     Attorneys for Defendants CLICNY & Loral
18                                                   Space Long Term Disability Plan

19

20  Dated:  December 16, 2011                    ORRICK, HERRINGTON & SUTCLIFFE
                                                LLP
21
                                                By:    ___/s/_____
22                                                   Joseph Liburt
                                                     Attorneys for Defendant Loral Space
23                                                   Insurance and Health Benefits Plan

24

25

26

27

28

1

**[PROPOSED] ORDER**

2 The Court hereby dismisses this action with prejudice.

3

4 Dated: _12/19/11_____

5 Honorable Susan Illston
United States District Court Judge

6

7

8

9 **SIGNATURE ATTESTATION**

10 I, Michelle L. Roberts, hereby attest that that I have obtained the concurrence in the filing of the

11 document from the other signatories on this document.

12 Dated:  December 16, 2011          SPRINGER-SULLIVAN & ROBERTS LLP

13

14 By:  /s/ *Michelle L. Roberts*

15 Michelle L. Roberts, CA Bar No. 239092

16

17

18

19

20

21

22

23

24

25

26

27

28