| | |
|---|---|
| ADRIENNE C. PUBLICOVER (SBN: 161432)<br>Email:adrienne.publicover@wilsonelser.com<br>LAURA E. FANNON (SBN: 111500)<br>Email: laura.fannon@wilsonelser.com<br>**WILSON, ELSER, MOSKOWITZ,**<br>  **EDELMAN & DICKER LLP**<br>525 Market Street – 17th Floor<br>San Francisco, California 94105-2725<br>Telephone:     (415) 433-0990<br>Facsimile:       (415) 434-1370<br><br>Attorneys for Defendants LORAL SPACE<br>LONG TERM DISABILITY PLAN and<br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA | MICHELLE L. ROBERTS (SBN: 239092)<br>Email:  mlr@ssrlawgroup.com<br>CASSIE SPRINGER-SULLIVAN (SBN: 221506)<br>**SPRINGER-SULLIVAN & ROBERTS LLP**<br>410 – 12th Street, Suite 325<br>Oakland, CA  94607<br>Telephone:     (510) 992-6130<br>Facsimile:      (510) 280-7564<br><br>Attorneys for Plaintiff,<br>MOHAMMAD ASHRAF |

JOSEPH C. LIBURT (STATE BAR NO. 155507)
SITTHIKIT CHARIYASATIT (STATE BAR NO. 252028)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, California  94025
Telephone:    650-614-7400
Facsimile:     650-614-7401
schariyasatit@orrick.com
jliburt@orrick.com

Attorneys for Defendant
LORAL SPACE INSURANCE AND HEALTH
BENEFITS PLAN

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| Mohammad Ashraf,<br><br>                          Plaintiff,<br>          vs.<br><br>Loral Space Long Term Disability Plan;<br>Life Insurance Company of North America,<br><br>                          Defendants,<br><br>*and*<br><br>Loral Space Insurance and Health Benefits Plan,<br><br>                          Nominal Defendant | Case No.  C11-03584 SI<br><br>**STIPULATED DISMISSAL AND [PROPOSED] ORDER**<br><br>**FED. R. CIV. P. 41(a)(1)** |

STIPULATED DISMISSAL & PROPOSED ORDER
CASE NO. 11-03584 SI

TO THE CLERK OF THE COURT, THE HONORABLE SUSAN ILLSTON, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Plaintiff Mohammad Ashraf, and Defendants Loral Space Long Term Disability Plan, Cigna Life Insurance Company of New York ("CLICNY"), Loral Space Insurance and Health Benefits Plan (collectively, "the Parties"), have reached a resolution of this matter. The Parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own attorneys' fees and costs.

**IT IS SO AGREED AND STIPULATED.**

Dated: December 16, 2011           SPRINGER-SULLIVAN & ROBERTS LLP

                                   By:     /s/
                                        Michelle L. Roberts
                                        Attorneys for Plaintiff

                                   WILSON, ELSER, MOSKOWITZ,
                                   EDELMAN & DICKER LLP

Dated: December 16, 2011           By:     /s/
                                        Laura Fannon
                                        Attorneys for Defendants CLICNY & Loral
                                        Space Long Term Disability Plan

Dated: December 16, 2011           ORRICK, HERRINGTON & SUTCLIFFE LLP

                                   By:     /s/
                                        Joseph Liburt
                                        Attorneys for Defendant Loral Space
                                        Insurance and Health Benefits Plan

**[PROPOSED] ORDER**

The Court hereby dismisses this action with prejudice.

Dated: __12/19/11_____        _____/s/ Susan Illston_____
                                Honorable Susan Illston
                                United States District Court Judge

**SIGNATURE ATTESTATION**

I, Michelle L. Roberts, hereby attest that that I have obtained the concurrence in the filing of the document from the other signatories on this document.

Dated:  December 16, 2011        SPRINGER-SULLIVAN & ROBERTS LLP


                                 By: /s/ *Michelle L. Roberts*
                                 Michelle L. Roberts, CA Bar No. 239092